UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, | Case No. 08mj8101 |
| v. | CERTIFICATE OF SERVICE |
| SALVADOR HURRACHA-CEJA, Defendant-Appellant. | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA 92101

Dated: February 11, 2008

*/s/ Diane M. Regan*

DIANE M. REGAN
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
diane_regan@fd.org